UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| United States of America, | Case No. 4:09-cr-01034-TLW-009 |
| v. | **Order** |
| JAY TERESS ROBINSON | |

This matter is before the Court on Defendant Jay Robinson's motion for early termination of supervised release. In light of the fact that the offender has completed 7 years and 3 months of supervision without any violation the Court will grant the motion.

On October 26, 2010 the Court sentenced Robinson within the applicable Federal Sentencing Guidelines to 140 months of incarceration and 8 years of supervised release. ECF No. 483. Mr. Robinson was released from federal custody to begin his eight-year term of supervised release on January 28, 2016. ECF No. 1017. He is now some 9 months from the scheduled end of supervision, as his supervised release term is scheduled to expire on or about January 28, 2024.

The record reflects that the defendant has not had any violations of his supervision conditions, has obtained and maintained gainful employment as an electrician, and has maintained a stable residence. ECF No. 1017. Probation's Early Termination Motion Response ("Response") also notes that he "has met all supervision objectives." ECF No. 1017. The Court consulted with the United States Probation Office, which confirmed the accuracy of the Response, and recommended that Robinson "be discharged from supervision." The United States Attorney does not

1

object to early termination in this case.

A district court may terminate a defendant's term of probation if, in the case of a felony, the defendant has completed at least one year of probation and, after considering the § 3553(a) factors, the court "is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3564(c).

Here, Robinson has completed approximately 7 years and 3 months of his 8-year term of supervised release and has fully complied with the conditions imposed on him. The fact that he has served nearly his entire term with no violation of his supervised release conditions is significant in the Court's decision to grant the motion for early termination. After considering the § 3553(a) factors, it appears to the Court that early termination of his term of supervised release is warranted.

For these reasons, Robinson's motion for early termination of supervised release, ECF No. 1017, is **GRANTED**. His term of supervised release is hereby **TERMINATED**.

IT IS SO ORDERED.

_Terry L. Wooten_
Terry L. Wooten
Senior United States District Judge

March 27, 2023
Columbia, South Carolina

2